SHAW, Respondent, v. NIAGARA WHITE GRAPE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Melvin E. Shaw against the Niagara White Grape Company. No opinion. Judgment and order affirmed, with costs.

In re SHEEHAN. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the application of Jeremiah M. Sheehan for admission to the bar. No opinion. Application granted. See 41 N. Y. Supp. 1131.

SHEEHY v. REGAN et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Bridget Sheehy against Thomas Regan and others. No opinion. Motion granted, with $10 costs.

In re SHEET-METAL WORKS. (Supreme Court, Appellate Division, First Department. November 12, 1897.) In the matter of the Sheet-Metal Works. F. H. Gerrodette, for appellant. E. Swann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 1133.

SHEROW, Respondent, v. LIVINGSTON et al., Respondents (MOORE et al., Appellants). (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Milton T. Sherow against Robert S. Livingston and others and Edward Moore and Henry C. Moore. No opinion. Order resettled.

SIMMONS et al., Respondents, v. OCEAN CAUSEWAY OF LAWRENCE, Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by James A. Simmons, and others, against the Ocean Causeway of Lawrence, Long Island. No opinion. Motion for restitution granted. See 47 N. Y. Supp. 1148.

SLUMR, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Samuel Slumr against the Third Avenue Railroad Company. N. Ottinger, for appellant. S. Greenbaum, for respondent. No opinion. Judgment and order affirmed, with costs.

SMALDONE, Respondent, v. INSURANCE CO. OF NORTH AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Amelia C. Smaldone against the Insurance Company of North America. No opinion. Judgment and order affirmed, with costs. See 44 N. Y. Supp. 201.

SMITH, Respondent, v. HICKEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by John Smith, Jr., against Margaret Hickey. No opinion. Motion to dismiss appeal denied, without costs, on condition that appellant bring case on for argument at the January term, 1898, which she may have leave to do upon typewritten appeal papers. If the appeal is not duly brought on, it will be dismissed at such January term.

SMITH, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Henry Smith against Duncan McDonald. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March Term, 1897.) Action by Anice S. Smith, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See 43 N. Y. Supp. 1164.

SMITH et al., Appellants, v. RUGGIERO, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Katherine R. Smith and others against Frank Ruggiero. R. J. Mahon, for appellants. F. G. Fiske, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STANTON, Respondent, v. RUPERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Charles M. Stanton against Justus Rupert. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1149.

STARR, Appellant, v. STARR, Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by William W. Starr against Frances C. Starr, as administratrix, etc., of Lemuel W. Starr, deceased, respondent. No opinion. Motion to strike case from the calendar for this term granted. The notice of motion does not include any application to dismiss the appeal, and we are of the opinion that we have no power to affirm the judgment, on account of the appellant's default in giving security for costs.

In re STATEN ISLAND MIDLAND R. CO. (Supreme Court, Appellate Division, Second Department. May 21, 1897.) In the matter of the application of the Staten Island Midland Railroad Company, etc. No opinion. Objections overruled, and application granted to the extent of appointing commissioners to determine whether the petitioner's railroad ought to be constructed and operated on South street, and the roadway leading from South street to the ferry house, reserving to the objectors the right to litigate before the commissioners the question whether said last-named road is a public highway or not. William M. Mullen, Cornelius A Hart, and Hugh McRoberts appointed commissioners. Order to be settled on five days' notice by the Presiding Justice. See 46 N. Y. Supp. 1101, and 48 N. Y. Supp. 274.